# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS ROY GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-16-368-SPS |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration,[1] ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 23] entered contemporaneously herewith, remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 27th day of February, 2018.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Berryhill is substituted for Carolyn W. Colvin as the Defendant in this action.